## GRANT & BERRY v. WILLIAMS & TOLLIVER.

### (No. 2625, Op. Book No. 4.)

APPEAL from Ellis County. Opinion by HURT, J.

**§ 363. *Trial of the right of property where partner's interest in partnership property is levied upon.*** The interest of an individual partner in partnership property

is subject to the levy of and sale under an execution issued on a judgment against him individually.

**§ 364. *On trial of right to partnership property, how far can rights of partners and equities of other parties be investigated?*** On a trial of the right to property in possession of, and claimed by, a partnership firm, neither the rights of the partners nor the equities between the partners themselves, nor between the firm and its creditors, can or will be adjudicated. [3 Kent's Comm. pp. 77, 78; Rogers v. Nichols, 20 Tex. 725; Thompson v. Tinnin, 25 Tex. Sup. 56; De Forrest, Armstrong & Co. v. Miller, 42 Tex. 34; Elliott v. Booth, 44 Tex. 181.]

June 2, 1883.                                    Affirmed.